1
2
3
4
5
6
7

JS-6

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   BEAUX SCHROEDER,                      Case No. 2:20-cv-09816 AB (KES)

12              Plaintiff,

13        v.                               **JUDGMENT**

14   PAMONO POLICE OFFICER,

15              Defendant.

16

17

18        Pursuant to the Court's Order Dismissing Action for Want of Prosecution,

19

20        IT IS ADJUDGED that this action is dismissed without prejudice.

21

22

23   DATED:  December 7, 2020     _____

24                               ANDRE BIROTTE JR.
                                 UNITED STATES DISTRICT JUDGE
25

26

27

28